NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tyneisha S. Kelly
13496 Coolwater St.
Victorville, California 92392

ATTORNEY(S) FOR:

FILED

2024 MAY 21 PM 3:13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: AP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tyneisha S. Kelly Plaintiff(s)

v.

Jefferey Monroe Defendant(s)

CASE NUMBER:

ED CV 24 - 01081-JGB(E)

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____________________ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |

5/20/24
Date

Tyneisha Kelly
Signature

Attorney of record for (or name of party appearing in pro per):