1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TYNEISHA SHANAE KELLY, | No. ED CV 24-1081-JGB-(E) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS, |
| JEFFREY MONROE, ET AL., | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff and on counsel for Defendants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  March 5, 2025

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE