JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYNEISHA SHANAE KELLY,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY MONROE, ET AL.,<br><br>    Defendants. | No. ED CV 24-1081-JGB-(E)<br><br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 5, 2025.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE